B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Georgia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Graham Brothers Construction, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**58-0872514** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1103 Highway 29 South**<br>**East Dublin, GA**<br>ZIP Code **31027** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Laurens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 3099**<br>**East Dublin, GA**<br>ZIP Code **31027** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Ward Stone, Jr. 684630 ***
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)    **Page 2**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Graham Brothers Construction, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)            (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) | Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Graham Brothers Construction, Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Ward Stone, Jr.** _____
Signature of Attorney for Debtor(s)

**Ward Stone, Jr. 684630**
Printed Name of Attorney for Debtor(s)

**Stone & Baxter, LLP**
Firm Name

**577 Mulberry Street**
**Suite 800**
**Macon, GA 31201**

Address

**478-750-9898  Fax: 478-750-9899**
Telephone Number

**October  5, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Claude Graham** _____
Signature of Authorized Individual

**Claude Graham**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**October  5, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re    **Graham Brothers Construction, Inc.**          Case No. _____
                                                Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Beard Equipment Co.<br>33 Industrial Court<br>Freeport, FL 32439 | Beard Equipment Co.<br>33 Industrial Court<br>Freeport, FL 32439 | Parts Vendor | | 24,586.72 |
| Caterpillar Fin. Serv.<br>2120 West End Avenue<br>PO Box 340001<br>Nashville, TN 37203-0001 | Caterpillar Fin. Serv.<br>2120 West End Avenue<br>PO Box 340001<br>Nashville, TN 37203-0001 | Equipment | | 2,462,265.31<br><br>(2,425,000.00 secured) |
| Complete Sitework Services<br>PO Box 218<br>Dublin, GA 31040 | Complete Sitework Services<br>PO Box 218<br>Dublin, GA 31040 | | | 367,299.75 |
| Erosion Service and Supply<br>6609 Lee Road 54<br>Auburn, AL 36831 | Erosion Service and Supply<br>6609 Lee Road 54<br>Auburn, AL 36831 | Grassing | | 47,221.16 |
| Flagler Constrution Equipment<br>4700 Millenia Boulevard<br>Suite 500<br>Orlando, FL 32839 | Flagler Constrution Equipment<br>4700 Millenia Boulevard<br>Suite 500<br>Orlando, FL 32839 | Parts & Rental | | 45,102.37 |
| GE Capital<br>3031 N. Rocky Point Drive West<br>Suite 400<br>Tampa, FL 33607 | GE Capital<br>3031 N. Rocky Point Drive West<br>Suite 400<br>Tampa, FL 33607 | Equipment | | 3,217,600.90<br><br>(1,577,506.50 secured) |
| Graham Brothers Contractors LLC<br>PO Box 218<br>Dublin, GA 31040 | Graham Brothers Contractors LLC<br>PO Box 218<br>Dublin, GA 31040 | | | 33,518.56 |
| Hydrogreen Erosion Control<br>3714 Hamilton Road<br>Opelika, AL 36804 | Hydrogreen Erosion Control<br>3714 Hamilton Road<br>Opelika, AL 36804 | Grassing | | 38,675.00 |
| J.B. Clark Oil Company, Inc.<br>PO Box 822<br>East Dublin, GA 31027 | J.B. Clark Oil Company, Inc.<br>PO Box 822<br>East Dublin, GA 31027 | Fuel Vendor | | 82,083.40 |
| M.B. Jones Oil Co.<br>PO Box 556<br>Wrens, GA 30833 | M.B. Jones Oil Co.<br>PO Box 556<br>Wrens, GA 30833 | Fuel Vendor | | 93,099.15 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Graham Brothers Construction, Inc.**                                         Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Morris State Bank<br>301 Bellevue Avenue<br>Dublin, GA 31021 | Morris State Bank<br>301 Bellevue Avenue<br>Dublin, GA 31021 | Various Property | | 900,000.00<br><br>(820,000.00 secured) |
| Nichols Cauley & Assoc.<br>1300 Bellevue Avenue<br>Dublin, GA 31021 | Nichols Cauley & Assoc.<br>1300 Bellevue Avenue<br>Dublin, GA 31021 | | | 45,816.30 |
| Phillips and Jordan Inc.<br>PO Box 2295<br>Zephyrhills, FL 33539-2295 | Phillips and Jordan Inc.<br>PO Box 2295<br>Zephyrhills, FL 33539-2295 | Subcontractor | | 64,652.00 |
| Ring Power Corporation<br>500 World Commerce Pkwy<br>Saint Augustine, FL 32092 | Ring Power Corporation<br>500 World Commerce Pkwy<br>Saint Augustine, FL 32092 | Parts Vendor | | 171,076.34 |
| Thompson Machinery<br>PO Box 403018<br>Atlanta, GA 30384 | Thompson Machinery<br>PO Box 403018<br>Atlanta, GA 30384 | | | 25,085.74 |
| Thompson Pump<br>PO Box 291370<br>Daytona Beach, FL 32119-1370 | Thompson Pump<br>PO Box 291370<br>Daytona Beach, FL 32119-1370 | Parts Vendor | | 105,994.56 |
| Thompson Tractor Co., Inc.<br>PO Box 934005<br>Atlanta, GA 31193-4005 | Thompson Tractor Co., Inc.<br>PO Box 934005<br>Atlanta, GA 31193-4005 | | | 31,529.99 |
| Wells Fargo Equipment Finance, Inc.<br>733 Marquette Avenue<br>Suite 700<br>Minneapolis, MN 55402 | Wells Fargo Equipment Finance, Inc.<br>733 Marquette Avenue<br>Suite 700<br>Minneapolis, MN 55402 | Equipment Revolver,<br>Equipment Loans | | 11,704,572.00<br><br>(8,726,967.50 secured) |
| Xpress Materials, LLC<br>8302 NE 44th Drive<br>Wildwood, FL 34785 | Xpress Materials, LLC<br>8302 NE 44th Drive<br>Wildwood, FL 34785 | | | 1,175,590.52 |
| Yancey Brothers Company<br>259 Lee Industrial Blvd.<br>Austell, GA 30168 | Yancey Brothers Company<br>259 Lee Industrial Blvd.<br>Austell, GA 30168 | Parts Vendor | | 333,714.20 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **October  5, 2010** _____    Signature    **/s/ Claude Graham** _____

**Claude Graham**
**CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

AAA COOPER TRANSPORTATION
PO BOX 6827
DOTHAN, AL 36302


ACE CULLEN EQUIPMENT
2069 HWY 441 S
DUBLIN, GA 31021


ACE/CARQUEST WILDWOOD
PO BOX 404875
ATLANTA, GA 30384


AGCO FINANCIAL, LLC
PO BOX 9263
DES MOINES, IA 50306


AGGREGATES USA, LLC
PO BOX 519
GRAY, GA 31032


AIR GAS SOUTH
PO BOX 532609
ATLANTA, GA 30353-2609


AIR PARTS


AL DEPARTMENT OF REVENUE


ALLGOOD AUTO TRUCK PARTS (NAPA)
420 N. RAILROAD STREET
JEFFERSONVILLE, GA 31044


ALTERRA NETWORKS
1305 BELLEVUE AVENUE
DUBLIN, GA 31021


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

AMERICAN HOSE & HARDWARE, INC.
PO BOX 191
JONESBORO, GA 30237


ANDREYEV ENGINEERING, INC.
4055 ST. JOHN'S PARKWAY
SANFORD, FL 32771


APPLIED INDUSTRIAL TECHNOLOGY
PO BOX 905794
CHARLOTTE, NC 28290-5794


ARROWOOD SUPPLY
1053 AUGUSTA HWY
LINCOLNTON, GA 30817


ASHLEY SLINGS, INC.
PO BOX 44413
ATLANTA, GA 30336


ATLANTIC & SOUTHERN EQUIPMENT
1642 FOREST PARKWAY
MORROW, GA 30260


AUTOMOTICE PAINT & EQUIPMENT
614-A HESTER DRIVE
DUBLIN, GA 31021


AVERA INDUSTRIAL SUPPLY
510 SOUTH MAIN STREET
WRENS, GA 30833


BANK OF DUDLEY - VISA
PO BOX 4098
DUBLIN, GA 31040


BAS INC.
240 HIGHWAY 24 WEST
WAYNESBORO, GA 30830


BEARD EQUIPMENT CO.
33 INDUSTRIAL COURT
FREEPORT, FL 32439

BI-LO SALES & SERVICE CENTER
733 N MAGNOLIA AVENUE
OCALA, FL 34475


BIBB TOOL & CUTTER
PO BOX 2628
MACON, GA 31203


BLANCHARD EQUIPMENT CO., INC.
138 HWY 80 WEST
WAYNESBORO, GA 30830


BRAD RAGAN TIRE - WINGFOOT TIRE
4601 INTERSTATE DRIVE
MACON, GA 31210


BRENT SCARBROUGH & COMPANY, INC.
155 ROBINSON DRIVE
FAYETTEVILLE, GA 30214


BROOKS AUTO PARTS (WRENS GA)
PO BOX 650
DOUGLAS, GA 31534


BROOKS CONSTRACTOR SUPPLY CO.
2748 HIGHWAY 441 S
DUBLIN, GA 31021


BROWN & BROWN SEED SUPPLY
13992 N. US 301
OXFORD, FL 34484


C&S REPROGRAPHICS AND COPY
4420 N.E. 83RD ROAD
WILDWOOD, FL 34785


CARQUEST AUTO PARTS


CARQUEST OF DUBLIN
PO BOX 404875
ATLANTA, GA 30384-4875

CARQUEST OF STP CENTRAL FL
PO BOX 404875
ATLANTA, GA 30384-4875


CASSIDY MACHINE SHOP
3010 BROADWAY
MACON, GA 31206


CATERPILLAR FIN. SERV.
2120 WEST END AVENUE
PO BOX 340001
NASHVILLE, TN 37203-0001


CATERPILLAR FINANCIAL SERVICES
2120 WESTEND AVENUE
NASHVILLE, TN 37203-0001


CEMEX FL
PO BOX 905875
CHARLOTTE, NC 28290-5875


CENTRAL HYDRAULICS & ACCESS.
PO BOX 9187
DAYTONA BEACH, FL 32120-9187


CENTRAL HYDRAULICS INC.
PO BOX 97
CURRYVILLE, PA 16631


CENTRAL HYDRAULICS OF OCALA
2811 N. W. 8TH PLACE
OCALA, FL 34475


CHARTER COMMUNICATIONS
PO BOX 9001945
LOUISVILLE, KY 40290-1945


CHATHAM STEEL CORP.
PO BOX 930362
ATLANTA, GA 31193


CHEVRONTEXACO
PO BOX 905620
CHARLOTTE, NC 28290-5620

CHILDRE CHEVROLET


CHRISTIAN KELLY THIGPEN & CO.
PO BOX 280
DUBLIN, GA 31040


CINDY CHEVROLET
PO BOX 70
WILDWOOD, FL 34785-0070


CITY OF DUBLIN
PO BOX 690
DUBLIN, GA 31040


CITY OF EAST DUBLIN
119 SOPERTON AVENUE
EAST DUBLIN, GA 31027


CLASSIC FLORIST & HOME DECOR


CNH CAPITAL


COMDATA CORPORATION
PO BOX 100647
ATLANTA, GA 30384


COMPLETE SITEWORK SERVICES
PO BOX 218
DUBLIN, GA 31040


CONTECH CONSTRUCTION
PO BOX 100715
ATLANTA, GA 30384


COOKSEY STEEL COMPANY, INC.
PO BOX 391
TIFTON, GA 31793


CORDELL LUMBER COMPANY
1010 ACADEMY AVENUE
DUBLIN, GA 31021

COVINGTON HEAVY DUTY PARTS IN
408 FOX RUN PKWY
OPELIKA, AL 36801

CRAWLER EQUIPMENT
255 EQUIPMENT COURT
LAWRENCEVILLE, GA 30045

CULLEN EQUIPMENT
2069 US HWY 441 SOUTH
DUBLIN, GA 31021

CULLEN'S SUPPLY & ENGINE SVC.
910 EAST JACKSON ST.
DUBLIN, GA 31021

CULLIGAN BOTTLED WATER
PO BOX 35339
PANAMA CITY, FL 32412

CUMMINS POWER SOUTH
PO BOX 403896
ATLANTA, GA 30384-3896

CUMMINS SOUTHEASTERN POWER INC.
PO BOX 550953
TAMPA, FL 33655-0953

DEESE SERVICES, INC.
587 MERCER MILL ROAD
OAKFIELD, GA 31772

DIVERSIFIED MAINTENANCE & REPAIR
833 BOBBY JONES DRIVE
DUBLIN, GA 31021

DIVERSIFIED SECURITIES
RESOURCES, LLC
DUBLIN, GA 31021

DIXIE MACHINE AND TOOL
1807 JARONDON DRIVE
DUBLIN, GA 31021

DUBLIN ATLERNATOR & RADIATOR
201 SAVANNAH AVENUE
EAST DUBLIN, GA 31027


DUBLIN AUTO ELECTRIC
405 NORTH JEFFERSON STREET
DUBLIN, GA 31021


DUBLIN AUTO SUPERSTORE INC.
PO BOX 1949
DUBLIN, GA 31040


DUBLIN FORD LINCOLN MERCURY
PO BOX 1406
DUBLIN, GA 31040


DUBLIN GLASS AND WINDOW CO.
109 UNION STREET
DUBLIN, GA 31021


DUBLIN INDUSTRIAL SERVICES INC.
PO BOX 4115
DUBLIN, GA 31040-4115


DUBLIN WINLECTRIC
111 HILLCREST PARKWAY
DUBLIN, GA 31021-3555


DUBLIN WINNELSON CO.
909 HILLCREST PARKWAY
DUBLIN, GA 31021


DUNCAN TIRE COMPANY, INC.
PO BOX 686
DUBLIN, GA 31040


EAST MANUFACTURING CORP.
1871 STATE ROUTE 44
RANDOLPH, OH 44265


ELLIOT MACHINE SHOP INC.
5495
LEVEL ACRES DRIVE
MACON, GA 31217-5799

EROSION SERVICE AND SUPPLY
6609 LEE ROAD 54
AUBURN, AL 36831


EVANS DISPOSAL SERVICE
601 BLACKSHEAR FERRY RD. WEST
DUBLIN, GA 31021


FARM PLAN
PO BOX 4450
CAROL STREAM, IL 60197-4450


FASTENAL COMPANY
PO BOX 978
WINONA, MN 55987


FASTENAL INDUSTRIAL &
PO BOX 1286
WINONA, MN 55987-1286


FEDERAL EXPRESS CORP
PO BOX 660481
DALLAS, TX 75266-0481


FLAGLER CONSTRUCTION EQUIPMENT
4700 MILLENIA BOULEVARD
SUITE 500
ORLANDO, FL 32839


FLEET PRIDE
PO BOX 281811
ATLANTA, GA 30348


FLINT EQUIPMENT COMPANY


FLINT POWER COMPANY (ALBANY TR)
PO BOX 3329
ALBANY, GA 31706


FLORIDA CUSTOM COACH INC.
31017 AIRWAY ROAD
LEESBURG, FL 34748

FREIGHT LINER OF SAVANNAH
2930 RIVERWEST DRIVE
AUGUSTA, GA 30907


FREIGHTLINER OF AUGUSTA
CORPORATE BILLING, INC.
DECATUR, AL 35602


FUELMAN FLEET CARD
PO BOX 105080
ATLANTA, GA 30348-5080


G&K UNIFORMS
685 MILLERFIELD ROAD
MACON, GA 31217


GAJJAR ENGINEERING SYSTEMS INC.
PO BOX 669582
MARIETTA, GA 30066


GALLAGER BASSETT
100 CRESCENT CENTRE PARKWAY
TUCKER, GA 30084


GBILB
PO BOX 13446
MACON, GA 31208


GCR FORSYTH TIRE CENTER
133 HAROLD G. CLARKE PKWY
FORSYTH, GA 31029


GE CAPITAL
3031 N. ROCKY POINT DR. WEST
SUITE 400
TAMPA, FL 33607


GE CAPITAL
3031 N. ROCKY POINT DRIVE WEST
SUITE 400
TAMPA, FL 33607


GE CAPITAL
125 E. CARPENTER FREEWAY
IRVING, TX 75062

GE CAPITAL


GENERAL STEEL
PO BOX 1503
MACON, GA 31202-1503


GENUINE PARTS CO (NAPA)
PO BOX 409043
ATLANTA, GA 30384-9043


GEORGIA MILL SUPPLY INC.
PO BOX 903
ALMA, GA 31510


GEORGIA POWER COMPANY
96 ANNEX
ATLANTA, GA 30396-0001


GEORGIA SURVEYORS EXCHANGE CO.
101-A NORTH GAMBLE RD.
SAVANNAH, GA 31405


GEORGIA TOOL & SUPPLY CO.
PO BOX 4448
MACON, GA 31208


GEORGIA TRUCK PARTS
5497 HWY #57 WEST
TENNILLE, GA 31089


GEOTECHNICAL & ENVIRONMENTAL
514 HILLCREST INDUSTRIAL BLVD.
MACON, GA 31204-3472


GH PARTS & COMPONENTS INC.
PO BOX 650
DAPHNE, AL 36526


GLOBAL CROSSING CONFERENCING
PO BOX 790407
SAINT LOUIS, MO 63179-0407

GLOBAL EQUIPMENT COMPANY
PO BOX 52
SUWANEE, GA 30024


GLOBAL EQUIPMENT MKTG INC.
PO BOX 810483
BOCA RATON, FL 33481-0483


GLOBAL INDUSTRIAL PRODUCTS
18170 NW 43RD AVE.
SLOAN, NV 89054


GMC TRUCK OF OCALA
PO BOX 418050
KANSAS CITY, MO 64141


GOLF IRRIGATION SERVICES LLC
1098 OAKPOINT CIRCLE
APOPKA, FL 32712


GOLF SPECIALTIES INC.
PO BOX 121197
CLERMONT, FL 34712


GOLF VENTURES
5101 GATEWAY BLVD.
LAKELAND, FL 33811-2704


GRAHAM BROTHERS CONTRACTORS LLC
PO BOX 218
DUBLIN, GA 31040


GRANDVIEW EQUIPMENT RENTAL & SALES
PO BOX 249
OCALA, FL 34478


GRANT & COOK EQUIPMENT INC.
3439 FULTON MILL ROAD
MACON, GA 31206


GREAT AMERICAN INC.
207 SAVANNAH AVE.
EAST DUBLIN, GA 31027

GREENSOUTH EQUIPMENT, INC.
1695 NW 63RD STREET
OCALA, FL 34475


GROENVELD ATLANTIC SOUTH INC.
PO BOX 92284
CLEVELAND, OH 44193


GROGREEN SOLUTIONS
PO BOX 27897
MACON, GA 31221


HAMILTON AUTO PARTS
PO BOX 119
HAMILTON, MS 39746


HARRIS SERVICE & EQUIPMENT
2285 HWY 247 CONNECTOR
BYRON, GA 31008


HD SUPPLY WATERWORKS LTD.
PO BOX 100467
ATLANTA, GA 30384-0467


HEAFNER AMERICAN TIRE
PO BOX 409684
ATLANTA, GA 30384


HEAVY DUTY DISTRIBUTORS INC.
2316 EAST 14TH AVENUE
CORDELE, GA 31015


HEAVYQUIP
PO BOX 1948
DADE CITY, FL 33526


HOWARD FERTILIZER & CHEMICAL
PO BOX 850001
ORLANDO, FL 32885


HOWARD HILL ENTERPRISE
PO BOX 252
DRY BRANCH, GA 31020

HUMDINGER MARKETING LTD.
714 E. 34TH STREET
LUBBOCK, TX 79404


HYDROGREEN EROSION CONTROL
3714 HAMILTON ROAD
OPELIKA, AL 36804


IKG INDUSTRIES
PO BOX 532875
ATLANTA, GA 30353-2875


IKON FINANCIAL SERVICES
PO BOX 740540
ATLANTA, GA 30374-0540


IKON OFFICE SOLUTIONS
PO BOX 532530
ATLANTA, GA 30353-2530


INTERNATIONAL TRUCK & ENGINE
CONLEY, GA 30288


INTERSTATE BATTERY SYSTEMS
PO BOX 1265
PERRY, GA 31069


INTERSTATE BATTERY WESTERN GA
1509 50TH STREET
COLUMBUS, GA 31904


INTERSTATE EQUIPMENT CO.
PO BOX 829
HUNTERSVILLE, NC 28070


INTERSTATE TRUCK & EQUIPMENT
PO BOX 87457
ATLANTA, GA 30337


IOS CAPITAL
PO BOX 740540
ATLANTA, GA 30374-0540

ITT FLYGT CORPORATION
PO BOX 371630
PITTSBURGH, PA 15250-7630


IVEY ELECTRIC, INC.
ROUTE 4 BOX 2985
WRIGHTSVILLE, GA 31096


J.B. CLARK OIL COMPANY, INC.
PO BOX 822
EAST DUBLIN, GA 31027


J.J. KELLER & ASSOC.
PO BOX 548
NEENAH, WI 54957-0548


JAMES FOSKEY


JAMES H. ROLLINS, ESQ.
ONE ATLANTIC CENTER, SUITE 2000
1201 WEST PEACHTREE STREET, N.E.
ATLANTA, GA 30309


JEFFERSON ENERGY COOPERATIVE
PO BOX 427
WRENS, GA 30833-0457


JOHN LACQUEY ENTERPRISES, INC.
8125 264TH STREET
BRANFORD, FL 32008


KENWORTH OF SAVANNAH
PO BOX 4227
SAVANNAH, GA 31407


KEY EQUIPMENT FINANCE
PO BOX 74713
CLEVELAND, OH 44194-0796


KEY SCALE FORD
1719 CITRUS BLVD.
LEESBURG, FL 34748

KILPATRICK TURF
7700 HIGH RIDGE ROAD
BOYNTON BEACH, FL 33426


KIMBLE MIXER COMPANY
1951 REISER AVE SE
NEW PHILADELPHIA, OH 44663


KOMATSU FINANCIAL
ONE CONTINENTAL TOWERS
1701 W. GOLF ROAD STE 300
ROLLING MEADOWS, IL 60008


KOMATSU FINANCIAL


LAFARGE NORTH AMERICA
DEPT AT 952930
ATLANTA, GA 31192-2930


LAGRANGE TROUP COUNTY CHAMBER


LAKE'S ALIGNMENT SERVICE
PO BOX 14150
EAST DUBLIN, GA 31027


LAKESTON MUFFLER & MORE
707 KELLAM ROAD
DUBLIN, GA 31021


LANN HARDWARE
PO BOX 725
ABERDEEN, MS 39730


LAWSON PRODUCTS INC.
PO BOX 809401
CHICAGO, IL 60680-9401


LELAND SUPPLY & CHEMICAL CO.
1615 TELFAIR STREET
DUBLIN, GA 31021

LESCO CREDIT SERVICES
24110 NETWORK PLACE
CHICAGO, IL 60673-1241


LH TRAVIS INC.
PO BOX 3211
WINTER HAVEN, FL 33885


LINDER INDUSTRIAL MACHINERY
PO BOX 917035
ORLANDO, FL 32891-7035


LYLE MACHINERY
PO BOX 967
JACKSON, MS 39205


M&M TRUCKING COMPANY
PO BOX 1743
AUBURN, AL 36831


M.B. JONES OIL CO.
PO BOX 556
WRENS, GA 30833


MASTRY ENGINE CENTER
2801 ANVIL STREET NORTH
SAINT PETERSBURG, FL 33710


MAUDLIN INTERNATIONAL TRUCKS
2300 SOUTH DIVISION AVE.
ORLANDO, FL 32805


MAYO FERTILIZER INC.
PO BOX 357
MAYO, FL 32066


MCMASTER-CARR SUPPLY CO.
PO BOX 7690
CHICAGO, IL 60680-7690


MCNEILUS TRUCK & MFG. CO.

MECO OF ATLANTA
4471 AMWILER ROAD
ATLANTA, GA 30360


MEMPHIS EQUIPMENT
PO BOX 99
MEMPHIS, TN 38101


METRO STEEL & PIPE SUPPLY
PO BOX 490933
LEESBURG, FL 34749-0933


MID-FLORIDA TRACTOR


MID-GEORGIA INDUSTRIAL SALES
PO BOX 6175
MACON, GA 31208-6175


MID-STATE ENGINEERING & SURVEY
3005 BRECKINRIDGE BLVD.
DULUTH, GA 30096


MIDDLE GEORGIA SAFETY, INC.


MILIKAN BATTERY & ELECTRIC INC.
450 WEST ORANGE BLOSSOM TRAIL
APOPKA, FL 32712


MILLER BEARINGS AND
PO BOX 861758
ORLANDO, FL 32886-1758


MILLER BROS. GIANT TIRE SERVICE
PO BOX 3667
IRMO, SC 29063


MINE SAFETY ASSOCIATES
PO BOX 872
PRICE, UT 84501

MORRIS STATE BANK
301 BELLEVUE AVENUE
DUBLIN, GA 31021


MORRIST STATE BANK
301 BELLEVUE AVE.
DUBLIN, GA 31021


MSC INDUSTRIAL SUPPLY CO. INC.
DEPT CH 0075
PALATINE, IL 60055-0075


MULLIS LIGHTING & ELECTRIC
700 KELLAM ROAD
DUBLIN, GA 31021


MUNN'S AIR CONDITIONING
PO BOX 430
FRUITLAND PARK, FL 34731-0430


MYERS EQUIPMENT & SUPPLY, INC.


MZAURSKY CONSTANTINE, LLC
999 PEACHTREE STREET N.E.
ATLANTA, GA 30309


NALLEY MOTOR TRUCKS
2560 MORELAND AVENUE
ATLANTA, GA 30315


NAPA GENUINE
PO BOX 409043
ATLANTA, GA 30384-9043


NAPA OF LEESBURG


NICHOLS CAULEY & ASSOC.
1300 BELLEVUE AVENUE
DUBLIN, GA 31021

NORTHSIDE QUICK LUBE
401 HWY 145 NORTH
ABERDEEN, MS 39730


O'REILLY AUTO PARTS
PO BOX 790098
SAINT LOUIS, MO 63179-0098


PARADISE ICE
PO BOX 416
BELLEVIEW, FL 34421


PENTA TECHNOLOGIES, INC.
250 SOUTH EXECUTIVE DRIVE
BROOKFIELD, WI 53005


PHILLIPS AND JORDAN INC.
PO BOX 2295
ZEPHYRHILLS, FL 33539-2295


PITTS PONTIAC BUICK INC.
PO BOX 1816
DUBLIN, GA 31040


PITTS TOYOTA INC.
PO BOX 4013
DUBLIN, GA 31040


POSEY POWER BATTERIES
POSEY DIST. COMPANY INC.
TAMPA, FL 33610


POWERFLOW TECHNOLOGIES
3159 SOUTHWEST 5TH ST
OCALA, FL 34474


POWERSCREEN OF FLORIDA, INC.
PO BOX 5802
LAKELAND, FL 33807


QUICK MART OF TENNILLE LLP
405 HIGHWAY 15 SOUTH
TENNILLE, GA 31089

QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA 19101-0600


R&S INDUSTRIAL SUPPLY
PO BOX 640
BONAIRE, GA 31005


RAWLS ENTERPRISES, INC.
103 SOUTH WASHINGTON ST
DUBLIN, GA 31021


RBI ELECTRIC


RBI ELECTRIC INC.
PO BOX 531
WEST POINT, GA 31833


REALVIEW TC LLC
PO BOX 510
WEST POINT, GA 31833


REGIONS INTERSTATE BILLING SERVICES
PO BOX 2153
DEPT. 1265
BIRMINGHAM, AL 35287-1265


RENTAL SERVICE CORPORATION
PO BOX 840514
DALLAS, TX 75284


RICK HENDRICK CHEVROLET
3277 SATELLITE BLVD.
DULUTH, GA 30096


RING POWER CORPORATION
500 WORLD COMMERCE PKWY
SAINT AUGUSTINE, FL 32092


RSC EQUIPMENT RENTAL
PO BOX 840514
DALLAS, TX 75284-0514

RSC LEESBURG
100 WEBER AVENUE
FL 34784


RUBBER & SPECIALTIES, INC.
631 JACKSON WAY
PANAMA CITY, FL 32405


RUSH TRUCK REGIONS INTERSTATE BILLING
PO BOX 2153 DEPT 1265
BIRMINGHAM, AL 35287-1265


RUSHING WIND ESCORT
1809 SW CR 300
MAYO, FL 32066


RYCO ELECTRICAL CO., LLC
EAST DUBLIN, GA 31027


SAN TECH PRODUCTS, INC.
PO BOX 415
GORDON, GA 31031


SECO
PO BOX 31634
TAMPA, FL 33631-3634


SERVICE PUMP & COMPRESOR
PO BOX 650280
DALLAS, TX 75265-0280


SHAMROCK CUSTOM KITCHENS
204 PECAN ROAD
DUBLIN, GA 31021


SHAMROCK INDUSTRIAL CENTER
8302 NE 44TH DRIVE
WILDWOOD, FL 34785


SHARK DISTRIBUTING
2478 S. ARLINGTON
AKRON, OH 44319

SHERWIN WILLIAMS COMPANY
512 NORTH JEFFERSON STREET
DUBLIN, GA 31021


SHIVER DIESEL INJECTION
PO BOX 1734
TIFTON, GA 31793


SHRED-CYCLE, INC.
1134 BUCKEYE ROAD
EAST DUBLIN, GA 31027


SIMPLEX GRINNELL LP
GEORGIA REGION
PALATINE, IL 60055-0015


SLATER DUBLIN CADILLAC NISSAN
2046 VETERANS BLVD
DUBLIN, GA 31021


SMITH GAMBRELL & RUSSELL LLP


SOUTHERN LASER-SITECH SE
PO BOX 338
LUTZ, FL 33548


SOUTHERN TIRE MART
PO BOX 100
DEPT. 143
MEMPHIS, TN 38148


SPRINT


T&D WASTE
3187 NE 37 PLACE
WILDWOOD, FL 34785


THOMAS AUTO SUPPLY
340 CENTRAL DR.
EAST DUBLIN, GA 31027

THOMPSON MACHINERY
PO BOX 403018
ATLANTA, GA 30384

THOMPSON PUMP
PO BOX 291370
DAYTONA BEACH, FL 32119-1370

THOMPSON TRACTOR CO., INC.
PO BOX 934005
ATLANTA, GA 31193-4005

TIRE CENTERS LLC
5030 OLD MOTGOMERY HIGHWAY
TUSCALOOSA, AL 35405

TNT PARTS, INC.
PO BOX 162507
ATLANTA, GA 30321

TOMMY THO - BILL CRAMER CHEVROLET
2251 W 23RD STREET
PANAMA CITY, FL 32405

TOOL DOCTOR OF CENTRAL FL INC.
PO BOX 2498
OCALA, FL 34478-2498

TRACTOR & EQUIPMENT COMPANY
5336 AIRPORT HIGHWAY
BIRMINGHAM, AL 35212

TRIPLE CROWN TRAILERS
4251 SOUTH PINE AVENUE
OCALA, FL 34480

TRUCKPRO, INC.
PO BOX 405137
ATLANTA, GA 30384-5137

U.S. SHORING & EQUIPMENT CO.
103 W. 7TH STREET
ATLANTA, GA 30384-5137

UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UNITED SITE SERVCIES OF FL
3506 81ST COURT EAST
BRADENTON, FL 34211


UNITED TRUCK & EQUIPMENT INC.
2045 W. BUCKEYE ROAD
PHOENIX, AZ 85009


UNIVERSAL TRUCK PARTS
4171 L.B. MCCLOUD ROAD
ORLANDO, FL 32811


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


WELLS FARGO CONSTRUCTION
MAC S3966-010
1540 W. FOUNTAINHEAD PARKWAY
TEMPE, AZ 85282


WELLS FARGO EQUIPMENT FINANCE
1540 WEST FOUNTAINHEAD
TEMPE, AZ 85282


WELLS FARGO EQUIPMENT FINANCE, INC.
733 MARQUETTE AVENUE
SUITE 700
MINNEAPOLIS, MN 55402


WHITE OIL COMPANY
206 S. CHESTNUT
ABERDEEN, MS 39730


WILDWOOD ACE HARDWARE
300 SHOPPING CENTER DRIVE
WILDWOOD, FL 34785


WILDWOOD MOWER & SAW, INC.
106 GULF TO ATLANTIC HIGHWAY
WILDWOOD, FL 34785

WILLIS INSURANCE SERVICES
PO BOX 905260
CHARLOTTE, NC 28290-5260


WINDEMULLER TECHNICAL SERVICES
7504 PENNSYLVANIA AVE.
SARASOTA, FL 34243


WINZER CORPORATION
PO BOX 671482
DALLAS, TX 75267-1482


XPRESS MATERIALS, LLC
8302 NE 44TH DRIVE
WILDWOOD, FL 34785


YANCEY BROTHERS COMPANY
259 LEE INDUSTRIAL BLVD.
AUSTELL, GA 30168


ZURICH NORTH AMERICA
8734 PAYSPHERE CIRCLE
CHICAGO, IL 60674