B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Georgia

In re   **Graham Brothers Construction, Inc.**                    Case No.
                                    Debtor(s)                     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Beard Equipment Co.**<br>**33 Industrial Court**<br>**Freeport, FL 32439** | **Beard Equipment Co.**<br>**33 Industrial Court**<br>**Freeport, FL 32439** | **Parts Vendor** | | **24,586.72** |
| **Caterpillar Fin. Serv.**<br>**2120 West End Avenue**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001** | **Caterpillar Fin. Serv.**<br>**2120 West End Avenue**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001** | **Equipment** | | **2,462,265.31**<br><br>**(2,425,000.00 secured)** |
| **Complete Sitework Services**<br>**PO Box 218**<br>**Dublin, GA 31040** | **Complete Sitework Services**<br>**PO Box 218**<br>**Dublin, GA 31040** | | | **367,299.75** |
| **Erosion Service and Supply**<br>**6609 Lee Road 54**<br>**Auburn, AL 36831** | **Erosion Service and Supply**<br>**6609 Lee Road 54**<br>**Auburn, AL 36831** | **Grassing** | | **47,221.16** |
| **Flagler Construction Equipment**<br>**4700 Millenia Boulevard**<br>**Suite 500**<br>**Orlando, FL 32839** | **Flagler Construction Equipment**<br>**4700 Millenia Boulevard**<br>**Suite 500**<br>**Orlando, FL 32839** | **Parts & Rental** | | **45,102.37** |
| **GE Capital**<br>**3031 N. Rocky Point Drive West**<br>**Suite 400**<br>**Tampa, FL 33607** | **GE Capital**<br>**3031 N. Rocky Point Drive West**<br>**Suite 400**<br>**Tampa, FL 33607** | **Equipment** | | **3,217,600.90**<br><br>**(1,577,506.50 secured)** |
| **Graham Brothers Contractors LLC**<br>**PO Box 218**<br>**Dublin, GA 31040** | **Graham Brothers Contractors LLC**<br>**PO Box 218**<br>**Dublin, GA 31040** | | | **33,518.56** |
| **Hydrogreen Erosion Control**<br>**3714 Hamilton Road**<br>**Opelika, AL 36804** | **Hydrogreen Erosion Control**<br>**3714 Hamilton Road**<br>**Opelika, AL 36804** | **Grassing** | | **38,675.00** |
| **J.B. Clark Oil Company, Inc.**<br>**PO Box 822**<br>**East Dublin, GA 31027** | **J.B. Clark Oil Company, Inc.**<br>**PO Box 822**<br>**East Dublin, GA 31027** | **Fuel Vendor** | | **82,083.40** |
| **M.B. Jones Oil Co.**<br>**PO Box 556**<br>**Wrens, GA 30833** | **M.B. Jones Oil Co.**<br>**PO Box 556**<br>**Wrens, GA 30833** | **Fuel Vendor** | | **93,099.15** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Graham Brothers Construction, Inc.**                                    Case No. _____
                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Morris State Bank<br>301 Bellevue Avenue<br>Dublin, GA 31021 | Morris State Bank<br>301 Bellevue Avenue<br>Dublin, GA 31021 | Various Property | | 900,000.00<br><br>(820,000.00 secured) |
| Nichols Cauley & Assoc.<br>1300 Bellevue Avenue<br>Dublin, GA 31021 | Nichols Cauley & Assoc.<br>1300 Bellevue Avenue<br>Dublin, GA 31021 | | | 45,816.30 |
| Phillips and Jordan Inc.<br>PO Box 2295<br>Zephyrhills, FL 33539-2295 | Phillips and Jordan Inc.<br>PO Box 2295<br>Zephyrhills, FL 33539-2295 | Subcontractor | | 64,652.00 |
| Ring Power Corporation<br>500 World Commerce Pkwy<br>Saint Augustine, FL 32092 | Ring Power Corporation<br>500 World Commerce Pkwy<br>Saint Augustine, FL 32092 | Parts Vendor | | 171,076.34 |
| Thompson Machinery<br>PO Box 403018<br>Atlanta, GA 30384 | Thompson Machinery<br>PO Box 403018<br>Atlanta, GA 30384 | | | 25,085.74 |
| Thompson Pump<br>PO Box 291370<br>Daytona Beach, FL 32119-1370 | Thompson Pump<br>PO Box 291370<br>Daytona Beach, FL 32119-1370 | Parts Vendor | | 105,994.56 |
| Thompson Tractor Co., Inc.<br>PO Box 934005<br>Atlanta, GA 31193-4005 | Thompson Tractor Co., Inc.<br>PO Box 934005<br>Atlanta, GA 31193-4005 | | | 31,529.99 |
| Wells Fargo Equipment Finance, Inc.<br>733 Marquette Avenue<br>Suite 700<br>Minneapolis, MN 55402 | Wells Fargo Equipment Finance, Inc.<br>733 Marquette Avenue<br>Suite 700<br>Minneapolis, MN 55402 | Equipment Revolver, Equipment Loans | | 11,704,572.00<br><br>(8,726,967.50 secured) |
| Xpress Materials, LLC<br>8302 NE 44th Drive<br>Wildwood, FL 34785 | Xpress Materials, LLC<br>8302 NE 44th Drive<br>Wildwood, FL 34785 | | | 1,175,590.52 |
| Yancey Brothers Company<br>259 Lee Industrial Blvd.<br>Austell, GA 30168 | Yancey Brothers Company<br>259 Lee Industrial Blvd.<br>Austell, GA 30168 | Parts Vendor | | 333,714.20 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  5, 2010**                          Signature  **/s/ Claude Graham**
                                                                **Claude Graham**
                                                                **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§ 152 and 3571.