UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| GRAHAM BROTHERS CONSTRUCTION CO., INC., | CASE NO. 10-30534-sdb |
| Debtor. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Rule 9010, Federal Rules of Bankruptcy Procedure, the undersigned attorneys hereby make an appearance in the above-captioned case on behalf of Komatsu Financial, L.P.  Request is hereby made that all notices of the matters arising in the above-referenced case be duly served on the undersigned at the address noted herein.

This 6th day of October, 2010.

        COHEN POLLOCK MERLIN & SMALL
        A Professional Corporation
        Attorneys for Komatsu Financial

        By:    /s/ Karen Fagin White
              Karen Fagin White
              Georgia Bar No. 754450
              Anna M. Humnicky
              Georgia Bar No. 377850

3350 Riverwood Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 858-1288 (phone)
(770) 858-1277 (facsimile)
kwhite@cpmas.com
ahumnicky@cpmas.com
612913